UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ATTORNEY GENERAL OF THE STATE OF
CONNECTICUT, AND STATE OF
CONNECTICUT

    v.                                                CIVIL NO.  3:10 cv 57 (PCD)

HEALTH NET OF THE NORTHEAST, INC.,
HEALTH NET OF CONNECTICUT, INC.,
UNITEDHEALTH GROUP INC., AND
OXFORD HEALTH PLANS, LLC

## JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior United States District Judge, on a Stipulated Judgment (Doc. #37) filed on July 7, 2010. On July 7, 2010, the Court entered an Electronic Order directing that judgment shall enter in accordance with the Stipulated Judgment.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in accordance with the  Stipulated Judgment and the case is hereby closed.

Dated at New Haven, Connecticut this 7th day of July, 2010.

ROBERTA D. TABORA, CLERK

By/s/_____
    Patricia A. Villano
    Deputy Clerk

EOD: _____